UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIE BUENO, DARLENE HOLLINS, and DAVID BUENO, individually and as representatives on behalf of a class of similarly situated persons,<br><br>    Plaintiffs,<br><br>v.<br><br>GENERAL ELECTRIC COMPANY, THE BOARD OF DIRECTORS OF GENERAL ELECTRIC COMPANY, H. LAWRENCE CULP, JR., THE GENERAL ELECTRIC COMPANY PENSION BOARD, THE COMMITTEE, FIDUCIARY COUNSELORS, INC., and JOHN DOES 1–5,<br><br>    Defendants. | Civil Action No. 1:24-cv-00822-GTS-DJS<br><br>**FIDUCIARY COUNSELORS INC.'S NOTICE OF MOTION TO DISMISS THE AMENDED COMPLAINT**<br><br>**ORAL ARGUMENT REQUESTED** |

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law and declarations of Stephen Caflisch, Esq., and William D. Pollak, Esq., the exhibits attached thereto, and all other proceedings had herein, defendant Fiduciary Counselors Inc. ("FCI"), hereby moves this Court for an order dismissing the amended complaint filed by plaintiffs Julie Bueno, Darlene Hollins, and David Bueno (ECF 56), under Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

**PLEASE TAKE FURTHER NOTICE** that FCI respectfully requests the opportunity, at a date and time convenient for the Court, to present oral argument in support of FCI's motion to dismiss should the Court deem it helpful. FCI respectfully submits that oral argument may be beneficial to the Court in resolving the complex legal issues raised by the amended complaint and the responsive motions to dismiss.

Respectfully submitted this 19th day of February, 2025, by:

/s/ *William D. Pollak*

William D. Pollak (NDNY Bar No. 705980)

O'MELVENY & MYERS LLP
1301 Avenue of the Americas
New York, NY 10019
Tel: (212) 326–2000
Fax: (212) 326–2061
wpollak@omm.com

Meaghan VerGow (*pro hac vice* pending)
Shannon M. Barrett (*pro hac vice* pending)
Brian D. Boyle (*pro hac vice* forthcoming)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006–4001
Tel: (202) 383–5300
Fax: (202) 383–5414
mvergow@omm.com
sbarrett@omm.com
bboyle@omm.com

*Counsel for Fiduciary Counselors Inc.*