UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIE BUENO, DARLENE HOLLINS, and DAVID BUENO, individually and as representatives on behalf of a class of similarly situated persons,<br><br>      Plaintiffs,<br><br>v.<br><br>GENERAL ELECTRIC COMPANY, THE BOARD OF DIRECTORS OF GENERAL ELECTRIC COMPANY, H. LAWRENCE CULP, JR., THE GENERAL ELECTRIC COMPANY PENSION BOARD, THE COMMITTEE, FIDUCIARY COUNSELORS INC., AND JOHN DOES 1-5,<br><br>      Defendants. | Civil Action No. 1:24-cv-00822-GTS-DJS<br><br>**NOTICE OF APPEARANCE** |

**TO THE CLERK OF THE COURT:**

  Please enter the appearance of Allison J. Schoenthal, of Goodwin Procter LLP The New York Times Building, 620 Eighth Avenue, New York NY 10018 as counsel for Defendants General Electric Company, The Board of Directors of General Electric Company, H. Lawrence Culp, Jr., The Committee, and The General Electric Company Pension Board, in the above entitled action.

Dated: July 21, 2025          Respectfully submitted,

                 /s/ *Allison J. Schoenthal*
                 Allison J. Schoenthal
                 GOODWIN PROCTER LLP
                 The New York Times Building
                 620 Eighth Avenue
                 New York, NY 10018
                 Tel.: (212) 459 7183
                 Fax: (212) 937-3850
                 ASchoenthal@goodwinlaw.com

## **CERTIFICATE OF SERVICE**

      I, Allison J. Schoenthal, hereby certify that a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on all counsel who are not served through the CM/ECF system on July 21, 2025.

                                                   /s/ *Allison J. Schoenthal*